UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES L. NORTON,                             No. 2:10-cv-03218-MCE-JFM

     Plaintiff,

  v.                                         <u>ORDER</u>

INDEPENDENCE TECHNOLOGY, LLC,
a Johnson & Johnson Company;
and DOES 1-50, inclusive,

     Defendants.

----oo0oo----

On August 15, 2011, this Court issued an order granting Defendant's Motion for Judgment on the Pleadings and ordering that any amended complaint be filed within twenty days to avoid dismissal of this action with prejudice. No amended complaint has been filed. Accordingly, this action is hereby DISMISSED with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 2, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1